UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. ESTHER SALAS

        v.                Crim. No. 07-876(mlc)

                         :     SEALING ORDER

PHILIP N. BURGESS, JR. &     :
STEPHEN R. PARRISH

        This matter having come before the Court upon the application of the United States of America (Seth B. Kosto, Assistant U.S. Attorney, appearing), for an arrest warrant, and its concurrent application that the Indictment filed against the person named in the warrant be filed under seal, and good cause having been shown,

        IT IS, on this _30th_ day of October, 2007,

        ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, the Indictment and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

                                    _____
                                    HONORABLE ESTHER SALAS
                                    United States Magistrate Judge