UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

October 31, 2007

__NEWARK__

Judge: __Salas__

Court Reporter: __CD# 07-29__

Deputy Clerk: __Justin T. Quinn__

Docket # __07-CR-876 (MLC)__

Title of Case:

USA v. BURGESS, Jr.

Appearances:

Seth Kosto,  AUSA for Government
Gerald Krovatin, Retained

Nature of Proceedings:
Financial Affidavit Executed.

Initial appearance on an Indictment

Ordered released. Bail set at *$250,000 Secured* with additional conditions (see Order Setting Conditions of Release)
A Hearing Before Judge Cooper will be set by Her Honor.

Adjourned to: ___   Time Commenced: 1:35PM   Time Adjourned: 2:35PM

__Justin T. Quinn__
Deputy Clerk

cc: Chambers