**KROVATIN KLINGEMAN LLC**
Gerald Krovatin (GK 4908)
744 Broad Street, Suite 1903
Newark, New Jersey 07102
(973) 424-9777
Attorneys for Defendant Philip N. Burgess, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-876 (MLC) |
| vs. | : | **ORDER** |
| PHILIP N. BURGESS, JR. and STEPHEN R. PARRISH, | : | |
| Defendants. | : | |

**THIS MATTER** having been opened to the Court on the motion by Defendant Philip N. Burgess, Jr. to extend the dates set forth in Paragraph 12 of the initial Order for Discovery and Inspection entered on November 14, 2007, ("the Order") with the consent of Christopher J. Christie, United States Attorney for the District of New Jersey (Seth B. Kosto, Assistant U.S. Attorney) and with the consent of John P. McDonald, Esq., attorney for Defendant Stephen R. Parrish, and the Court having considered the papers submitted in support of and in opposition to the motion, and having heard the argument of counsel, and good cause having been shown; AS SET FORTH ON THE RECORD TODAY;

IT IS on this 2nd day of JAN., 2008

**ORDERED** that the motion by defendant Philip N. Burgess, Jr. to extend the dates set forth in Paragraph 12 of the Order, is hereby GRANTED; and it is further

**ORDERED** that the dates set forth in Paragraph 12 of the Order are hereby extended as follows: AND THE INTERVENING TIME IS EXCLUDED UNDER THE SPEEDY TRIAL ACT:

Pretrial motions due: ~~January 15, 2008~~ March 14, 2008

Opposition due: ~~February 15, 2008~~ April 11, 2008 / reply April 25, 2008

Motions returnable: [to be determined by the Court] May 2, 2008 @ 1pm

Trial date: June 10, 2008 at 9:00 a.m.

_____
HON. MARY L. COOPER
United States District Judge

-2-