**KROVATIN KLINGEMAN LLC**
Gerald Krovatin (GK 4908)
744 Broad Street, Suite 1903
Newark, New Jersey 07102
(973) 424-9777
Attorneys for Defendant Philip N. Burgess, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-876 (MLC) |
| vs. | : | **CONTINUANCE ORDER** |
| PHILIP N. BURGESS, JR. and STEPHEN R. PARRISH, | : | |
| Defendants. | : | |

THIS MATTER having been opened on an application of defendant Philip N. Burgess, Jr. (Gerald Krovatin, Esq., appearing) for an Order granting a continuance of the proceedings in the above-captioned matter to permit the defendant and counsel adequate time within which to prepare for trial; and the defendant being made aware by his attorney that he has the right to have the matter brought to trial within seventy (70) days of the date of the defendant's appearance before a judicial officer of this Court pursuant to Title 18 of the United States Code, Section 3161 (c)(1); and the defendant having consented to the continuance; and Christopher J. Christie, United States Attorney for the District of New Jersey (Seth B. Kosto, Assistant U.S. Attorney,

appearing) having the opportunity to be heard as to the continuance; and for good and sufficient cause shown; and it is further

**ORDERED** that this action should be continued for the following reasons:

1. Defendant and counsel require additional time to review discovery, file pretrial motions and prepare for trial;

2. A continuance will permit effective preparation of time, taking into account the exercise of due diligence;

3. Defendant counsel has advised the Court of his participation in the pending trial before Honorable William J. Martini, U.S.D.J., which is expected to last two to three months;

4. A continuance will preserve the continuity of counsel for defendant;

5. Defendant has waived, via affidavit filed with the Court, his right to a speedy trial for the period on March 7, 2008 until September 8, 2008.

6. A continuance to September 8, 2008 provides a reasonable time to balance these considerations against a more speedy trial; and

7. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS on this ___7th___ day of ~~March~~ APRIL 2008

**ORDERED** that the period between March 7, 2008 and September 8, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974; and it is further

**ORDERED** that:

1. Pretrial motions shall be filed on or before  6/13/08
2. Responses shall be filed on or before  6/27/08 ;
3. Oral argument on the motions shall be held on  7/14/08  at  1:00  p.m.; and,
4. Trial shall commence on ~~●~~ September 9, 2008.

                                          *Mary L. Cooper*
                             HON. MARY L. COOPER,
                             United States District Judge