UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**TRENTON**                                                                                 **April 9, 2010**
OFFICE                                                                          DATE OF PROCEEDINGS

**JUDGE MARY L. COOPER**
**COURT REPORTER: Marlene Kalbach, ESR**
**DEPUTY CLERK: Elizabeth Heffner**

**TITLE OF CASE**:                                                       CR07-876(MLC)

UNITED STATES OF AMERICA
vs.
PHILIP N. BURGESS, JR.

**APPEARANCES:**

Seth Kosto, AUSA, for government
Gerald Krovatin, Esq., for defendant

**NATURE OF PROCEEDINGS:**

Telephone conference held re: sentencing date.
Ordered sentencing set for 7/16/10 at 10:00am.

**Commenced: 11:15am**
**Adjourned:   11:30am**

                                                                                **s/Elizabeth Heffner**
                                                                                **Deputy Clerk**