UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**TRENTON**                                                                                 **October 22, 2010**
**OFFICE**                                                                             DATE OF PROCEEDINGS

**JUDGE MARY L. COOPER**
**COURT REPORTER:** Antonio Giaquinto, ESR
**DEPUTY CLERK:** Elizabeth Heffner

**TITLE OF CASE**:                                                 CR 07-876-01(MLC)

UNITED STATES OF AMERICA
vs.
PHILIP N. BURGESS, JR.

**APPEARANCES:**

Seth Kosto, AUSA, for government
Gerald Krovatin, Esq., Richard Sapinski, Esq., and Larry Horn, Esq., for defendant
Beth Neugass, Probation Officer present.
Defendant present.

**NATURE OF PROCEEDINGS:**
Status conference in chambers.

SENTENCE: Counts 14 and 22.
IMPRISONMENT: 8 months, each count concurrent.
SUPERVISED RELASE: 3 years, with 2 months home confinement, each count concurrent.
FINE:  Count 14 - $1000, Count 22 - waived.
SPECIAL ASSESSMENT: $200.

Ordered counts 1-13, 15-21 and 23 are dismissed on motion of the government.

Defendant advised of his right to appeal.

**Commenced:  10:15am**

**Adjourned:    2:00pm**

s/Elizabeth Heffner

**Deputy Clerk**