PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street Room 700
Newark, NJ 07102
Tel.973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321

February 3, 2011

*UNITED STATES DISTRICT COURT*
   *DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **HON. MARY L. COOPER** |
| *PLAINTIFF,* | : | *CRIMINAL No. 07-876* |
| v. | : | **SATISFACTION OF JUDGMENT** |
| **PHILIP BURGESS, JR.,** | : | |
| *DEFENDANT*. | : | |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Philip Burgess, Jr..

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By:  s/ LEAH A. BYNON
     LEAH A. BYNON
     ASSISTANT U.S. ATTORNEY

## DEPARTMENT OF JUSTICE

## CERTIFICATE OF RELEASE OF LIEN

      I hereby certify that as to the following named debtor the judgment enumerated below has been satisfied and that the lien for this judgment has thereby been released. The proper officer in the office which the Notice of Lien/Abstract of Judgment was filed, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien related to the following.

**Name of Defendant**:    Philip Burgess, Jr.

**Residence**:    4475 Province Line Road
Princeton, NJ 08540-2221

**Court Imposing Judgment**:    U.S. DISTRICT COURT, DISTRICT OF NJ

**Court Number**:    07-876

**Amount of Judgment**:    $1,200.00 plus costs and interest

**Place of Filing**:    Mercer County Clerk

      **WITNESS** my hand at Newark, New Jersey, on this day February 3, 2011.

Signature

_____
LEAH A. BYNON
ASSISTANT U.S. ATTORNEY
(973) 645-2736



**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, Suite 700*     *(973)645-2700*
*Newark, NJ 07102*

February 3, 2011

William T. Walsh, Clerk
United States District Court
District of New Jersey
Fisher Federal Building
402 EAST STATE STREET
Trenton, N.J. 08608

          Re:    United States of America
                 v. Philip Burgess, Jr.
                 <u>CRIMINAL No. 07-876</u>

Dear Sir:

    Enclosed for filing is an original and two copies of the Satisfaction of Judgment in the above case.

    Please return one file-stamped copy to us in the enclosed return envelope.

                          Very truly yours,

                          PAUL J. FISHMAN
                          UNITED STATES ATTORNEY

               By:    Twenty-five hundred or less

Encl.

LEAH A. BYNON
ASSISTANT U.S. ATTORNEY



**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, Suite 700*   *(973)645-2700*
*Newark, NJ 07102*

February 3, 2011

Philip Burgess, Jr.
4475 Province Line Road
Princeton, NJ 08540-2221

                              Re:    U.S.A. v. Philip Burgess, Jr.
                                        CRIMINAL No. 07-876

Dear Mr. Burgess, Jr.:

      Enclosed is a filed copy of the Warrant For Satisfaction of Judgment filed in the U.S. District Court and an **ORIGINAL** Release of Lien that you are required to record with the Mercer County Clerk's Office, 100 Courthouse Annex, 209 S. Broad Street, P.O. Box 8068, Trenton, NJ 08650.  Also enclosed is a copy of the Notice of Lien/Abstract of Judgment which may be required by the County Clerk's Office.

      If you do not record the enclosed Release of Lien with the above mentioned County Clerk's Office, the lien will remain attached to your  property.

      The file is now marked "**PAID IN FULL**" and closed in our Office.

      Thank you for your cooperation.

                                                          Very truly yours,

                                                          PAUL J. FISHMAN
                                                          UNITED STATES ATTORNEY

                                      By:    Twenty-five hundred or less

Encls.

LEAH A. BYNON
ASSISTANT U.S. ATTORNEY