UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**TRENTON**                                                    **May 25, 2011**
**OFFICE**                                                      **DATE OF PROCEEDINGS**

**JUDGE MARY L. COOPER**
**COURT REPORTER:** Antonio Giaquinto, ESR
**DEPUTY CLERK:** Elizabeth Heffner

**TITLE OF CASE**:                                        CR 07-876-01(MLC)

UNITED STATES OF AMERICA
vs.
PHILIP N. BURGESS, JR.

**APPEARANCES:**

Seth Kosto, AUSA, for government
Gerald Krovatin, Esq. and Richard Sapinski, Esq., for defendant

**NATURE OF PROCEEDINGS:**

Oral argument re: defendant's application to compel the government to make a motion to reduce the sentence.
Ordered application taken under advisment.
Ordered supplemental briefing to be submitted.
Telephone conference to be set.

**Commenced:  10:10am**
**Adjourned:   11:35am**

                                                                                                     s/Elizabeth Heffner
                                                                                                      **Deputy Clerk**