UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 07-876 (MLC) |
| v. : | |
| : | **ORDER ON MOTION** |
| PHILIP N. BURGESS, JR., : | |
| : | |
| Defendant. : | |

This matter being opened to the Court on motion submitted to chambers by defendant on April 12, 2011; and the Court having reviewed the papers submitted by the parties and having conducted oral argument on April 25, 2011; and the Court having provided an oral ruling on the record on this date,

**IT IS** on this 24th day of June, 2011, **ORDERED** that the motion seeking relief under F.R.Crim.P. 35 is hereby **DENIED**.

                                             s/ Mary L. Cooper
                                          **MARY L. COOPER**
                                          United States District Judge