**KROVATIN KLINGEMAN LLC**
Gerald Krovatin, Esq.
744 Broad Street, Suite 1903
Newark, New Jersey 07102
(973) 424-9777

Attorneys for Defendant
Philip N. Burgess, Jr.

RECEIVED
AUG 15 2011
AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 07-876 (MLC) |
| vs. : | **CONSENT ORDER** |
| PHILIP N. BURGESS, JR. : | |
| Defendants. : | |

THIS MATTER having been opened to the Court by Krovatin Klingeman LLC, attorneys for defendant Philip N. Burgess, Jr., with the consent of the United States, and it appearing that the Court entered a prior Order on January 28, 2011 permitting Pretrial Services to release the defendant's passport to his counsel to be held in escrow pending further Order of the Court, and for good cause shown,

IT IS on this 15th day of August 2011

**ORDERED** that the defendant's attorney, Gerald Krovatin, Esq., may release the defendant's passport to him upon his release from custody.

_____
HON. MARY L. COOPER
United States District Judge

Consented and agreed to:

_____
Seth B. Kosto
Assistant United States Attorney

_____
Gerald Krovatin, Esq.
Attorneys for Defendant Philip N. Burgess, Jr.